MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
Email: rplatt@manatt.com
ANDREW L. SATENBERG (Bar No. CA 174840)
Email: asatenberg@manatt.com
REID DAVIS (Bar No. CA 275164)
Email: redavis@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
H & M HENNES & MAURITZ, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE TRAN, individually and on behalf of all person similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>H & M HENNES & MAURITZ, L.P., and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 12-00555 EJD<br><br>STIPULATION FOR ORDER TO REMAND MATTER TO STATE COURT<br><br>[PROPOSED] ORDER |

TO THE HONORABLE EDWARD J. DAVILA, UNITED STATES DISTRICT JUDGE:

Defendant H & M HENNES & MAURITZ, L.P. ("Defendant") and Plaintiff SUZANNE TRAN ("Plaintiff"), by and through their counsel of record, submit the following Stipulation.

(1) WHEREAS Based on what is known at this time before discovery has been conducted, Plaintiff has represented that she presently intends to pursue claims in this case that are limited to amounts allegedly recoverable as a result of situations in which a non-exempt management employee could not take a meal period due to

being the only management employee on duty;

(2) WHEREAS Plaintiff has represented that the proposed class definition for the new class will be: "All individuals who are currently employed, or formerly have been employed by Defendant as non-exempt store management employee in the positions of supervisor, department manager, assistant manager and/or store manager and worked in Defendant's stores in the State of California, at any time within four years prior to the filing of the original complaint until resolution of this action"; and

(3) WHEREAS Plaintiff has represented that, in her amended complaint, she will state that she currently "believes that the total recovery in this action will not exceed 5 Million" but this does not prevent Plaintiff from amending the representation at a later date nor Defendant's right to revisit removal in the event of any such amendment.

IT IS HEREBY STIPULATED by the Parties, through their counsel of record, as follows:

The above-entitled matter shall be remanded to the Superior Court for the

///

///

///

1  State of California, County of Santa Clara.

2  Dated: March 15, 2012                 Respectfully submitted,
                                         MANATT, PHELPS & PHILLIPS, LLP

5                                        By: _____
                                         Andrew Satenberg
6                                        Attorneys for Defendant
                                         H & M HENNES & MAURITZ, L.P.

8  Dated: March 15, 2012                 Respectfully submitted,
                                         RIGHETTI – GLUGOSKI P.C.

10                                       By: _____
11                                       JOHN GLUGOSKI
                                         Attorneys for Plaintiff SUZZANE TRAN

# [PROPOSED] ORDER

The Court having read the foregoing Stipulation for Order to Remand Matter to State Court, it is hereby ORDERED that,

The matter entitled *Tran v. H & M Hennes & Mauritz, L.P.*, Case No. No. C 12-00555 EJD is hereby remanded to the Superior Court for the State of California, County of Santa Clara.

The Clerk shall close this file.

Dated: March 19, 2012



EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE